**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| QA Worldwide, Inc., | : | |
| | : | Case No. 1:12-cv-732 |
| Plaintiff, | : | |
| | : | Judge Sandra S. Beckwith |
| v. | : | |
| | : | **STIPULATED DISMISSAL** |
| Actuant Corporation, | : | |
| | : | |
| Defendant. | : | |

Now come all parties to this case, by and through their respective counsel, and hereby jointly stipulate to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: February 12, 2013

Signatures:    _/s/Glenn D. Bellamy_____          _/s/Stephen J. Butler_____
               Glenn D. Bellamy (0070321)           Stephen J. Butler (0010401)
                Trial Attorney                       Trial Attorney
               Brett A. Schatz (0072038)            Thompson Hine LLP
               Wood, Herron & Evans, L.L.P.         312 Walnut Street, Suite 1400
               2700 Carew Tower                     Cincinnati, OH 45202
               441 Vine Street                      (513) 352-6587
               Cincinnati, OH  45202
               (513) 241-2324                       OF COUNSEL:

               *Attorneys for Plaintiff*            Bruce R. Bauer
                                                    QUARLES & BRADY LLP
                                                    411 East Wisconsin Avenue
                                                    Suite 2350
                                                    Milwaukee, Wisconsin 53202
                                                    Phone: (414) 277-5623
                                                    Fax: (414) 978-8623
                                                    bruce.bauer@quarles.com

                                                    *Attorneys for Defendant*

1

Case: 1:12-cv-00732-SSB-SKB Doc #: 12 Filed: 02/12/13 Page: 2 of 2  PAGEID #: 36

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2013, a copy of the foregoing was filed electronically.   Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Stephen J. Butler

1962888v1